UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID POWELL, | Case No. 2:09-CV-2963-JAM-DAD |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; ANATOLY LYSENKO AND DOES 1-10, | |
| Defendants. | |

This matter is before the Court on Defendant United States Department of the Interior, Bureau of Reclamation's ("Defendant") Motion to Dismiss (Doc. #16) Plaintiff David Powell's ("Plaintiff") Complaint (Doc. #1) pursuant to Federal Rules of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction. Plaintiff did not oppose the motion. This matter was set for hearing on May 4, 2011, and ordered submitted without appearance and oral argument.[1]

After Plaintiff filed his Complaint, Defendant filed an Answer, raising lack of subject matter jurisdiction as an

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).

1

affirmative defense.  Thereafter, Defendant brought the present motion to dismiss for lack of subject matter jurisdiction.  Having carefully reviewed the papers, the Court finds that it lacks subject matter jurisdiction for the reasons set forth in Defendant's motion.  Accordingly, Defendant's motion to dismiss is GRANTED.

Pursuant to Eastern District Local Rule 230(c), opposition, if any, to the granting of a motion shall be in writing and shall be filed and served not less than fourteen days preceding the noticed hearing.  A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect. Pursuant to Eastern District Local Rule 110, failure of counsel or of a party to comply with the Local Rules may be grounds for imposition of sanctions by the Court.  Plaintiff did not file an opposition or statement of non-opposition in response to the motion to dismiss.  Accordingly, Plaintiff's counsel, Raymond Thomas Santistevan is ordered, within ten (10) days of the date of this order to submit a statement of good cause explaining his failure to comply with the local rules, or pay sanctions in the amount of $100.00 to the Clerk of the Court.

ORDER

For the reasons set forth above, Defendant's motion to dismiss is GRANTED.  Plaintiff's complaint is DISMISSED, WITH PREJUDICE.

The Court further orders Mr. Santistevan to submit a statement of good cause or pay sanctions, as set forth above.

IT IS SO ORDERED.

Dated: May 9, 2011

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE